IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JARON DEAN, | ) | |
| | ) | |
| Petitioner, | ) | 4:05CV3124 |
| | ) | |
| vs. | ) | ORDER |
| | ) | (HABEAS CORPUS) |
| ROBERT HOUSTON, et al., | ) | |
| | ) | |
| Respondents. | ) | |

The petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a request to proceed in forma pauperis. The court has received a certified copy of the petitioner's institutional trust account information. The Court acknowledges that the petitioner has already paid the $5.00 filing fee for his habeas case. After review of the petitioner's trust account information, I will grant the petitioner's motion to proceed in forma pauperis from this point forward in the petitioner's case.

SO ORDERED.

DATED this 26th day of May, 2005.

BY THE COURT:

s/F.A. GOSSETT
United States Magistrate Judge