IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JARON DEAN,                          )
                                     )
            Petitioner,              )            4:05cv3124
                                     )
      v.                             )            ORDER:
                                     )        ENLARGEMENT TIME
ROBERT HOUSTON,                      )
                                     )
            Respondent.              )

This matter is before the court upon filing no. 14, the respondent's Motion for

Enlargement of Time.

The respondent's Motion for Enlargement of Time (filing no. 14) is sustained.  By

September 26, 2005, the respondent shall file a brief in response to the petitioner's

Objection (filing no. 12) and shall file and serve on the respondent any supplemental

designated state court records and affidavits/declarations in support of the respondent's

Motion for Summary Judgment (filing no. 9).  By October 26, 2005, the petitioner may reply

to the respondent's brief and present any additional arguments to the respondent's Motion

for Summary  Judgment.

      **SO ORDERED.**

DATED this  24th day of  August, 2005.

                              BY THE COURT:


                              s/F. A. GOSSETT
                              United States Magistrate Judge


1